PER CURIAM.
Affirmed. Brookshire v. Florida Bendix Co., Inc., 153 So.2d 55 (Fla. 3d DCA 1963); Barry v. Ivarson Incorporated, 249 So.2d 44 (Fla. 2d DCA 1971); Poliakoff v. National Emblem Insurance Company, 249 So.2d 477 (Fla. 3d DCA 1971); Fred’s Excavating & Crane Service, Inc., v. Continental Insurance Company, 340 So.2d 1220 (Fla. 4th DCA 1976); King Broadcasting Co. v. Programs for Television, Inc., 38 Misc.2d 536, 237 N.Y.S.2d 41 (1963).